# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: The Voluntary Chapter 11

Subchapter V Petition of NI-JO LLC   }   NO.  24-14686

## CREDITOR MATRIX

Bitty Advance
1855 Griffin Rd.
A-475
Dania, Fl 33004


Blackridge Investment Group Fund No.1
1230 Raymond Rd.
Jackson, MS 39206


Blackridge Investment Group No. 1 c/o
Law Office of Jason Gang
1245 Hewlett Plaza
Hewlett, NY 11557


HMC CHP 713-731 Racquet Club LLC c/o
David Trout, Attorney at Law
134 N. La Salle Street
Suite 1840
Chicago, IL 60602

Clearheight Properties
2625 Butterfield Rd.
Suite 213
Oakbrook, IL 60523